1  TERRI KEYSER-COOPER NSB #3984
   3300 Skyline Blvd., #274
2  Reno, NV 89509
   Tel: (775) 337-0323
3  Attorneys for Plaintiff

4  DIANE K. VAILLANCOURT NSB #9277
   849 Almar Ave., Suite C403
5  Santa Cruz, CA 95060
   Tel: (831) 458-3440
6  Attorneys for Plaintiff

7  DAVID W. HAMILTON CSB #88587
   1515 Clay Street, 20th Floor / P.O. Box 70550
8  Oakland, CA  94612-0550
   Telephone:  (510) 622-2193, Fax:  (510) 622-2121
9  Attorneys for Defendant Mike Berry

10 JOHN M. VRIEZE, CSB #115397
   William F. Mitchell, CSB #159831
11 MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   814 Seventh Street / P. O. Drawer 1008
12 Eureka, CA  95502
   Tel:  (707) 443-5643 / Fax: (707) 444-9586
13 Attorneys for Defendant Brent Jenkins

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MALCOLM L. LANDRY, | CASE NO: CV10-04707 RS |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING EARLY NEUTRAL EVALUATION DEADLINE AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| MIKE BERRY and BRENT JENKINS, | |
| Defendants. | |

0
JOINT STIPULATION AND ORDER CONTINUING MEDIATION
DEADLINE AND CMC AND MOTION HEARING

1  IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff MALCOLM L. LANDRY and defendants MIKE BERRY and BRENT JENKINS, through their respective attorneys of record, as follows:

This case is currently scheduled for a second Case Management Conference on May 19, 2011.

The matter was referred to Early Neutral Evaluation (ENE) on January 28, 2011 and deadline for the ENE session is April, 2011, if possible.  All parties have been actively engaged in the necessary discovery to undertake a meaningful ENE session.  Plaintiff's deposition is currently set for April 6, 2011 in Reno, Nevada.  Due to calendaring conflicts the depositions of both defendants and a few witnesses are set for May 4-5, 2011 in Eureka, California, the earliest mutually convenient date for all involved.  An ENE phone conference was held March 14, 2011.  In order to complete the above discovery and based on availability of the parties, counsel and the ENE Evaluator, the ENE session was set for May 24, 2011.

The parties are requesting an extension of the ENE deadline to May 31, 2011, and counsel request that the date for the Case Management Conference be extended to Thursday June 9, 2011.

DATED:  March 15, 2011         Law Office of Diane K. Vaillancourt
                               Law Office of Terri Keyser-Cooper

                               By: /s/ Diane K. Vaillancourt
                                   Diane K. Vaillancourt
                                   Terri Keyser-Cooper
                                   Attorneys for Plaintiff

DATED:  March 15, 2011         California Attorney General's Office

                               By: /s/ David W. Hamilton
                                   David W. Hamilton
                                   Attorney for Defendant Mike Berry

1
JOINT STIPULATION AND ORDER CONTINUING MEDIATION
DEADLINE AND CMC AND MOTION HEARING

1  DATED:  March 15, 2011         MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

2

3                                  By: ___/s/ John M. Vrieze_____
                                       John M. Vrieze
4                                      Attorney for Defendant Brent Jenkins

5

6

7       **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9  Dated: __3/15/11_____         _____
                                       Honorable Richard Seeborg
10                                     United States District Judge