*E-Filed 6/16/11*

1  John M. Vrieze, CSB #115397
   William F. Mitchell, CSB #159831
2  MITCHELL, BRISSO, DELANEY & VRIEZE, LLP
   Attorneys at Law
3  814 Seventh Street
   P. O. Drawer 1008
4  Eureka, CA  95502
   Tel:  (707) 443-5643
5  Fax: (707) 444-9586

6  Attorneys for Brent Jenkins

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALCOLM L. LANDRY,

          Plaintiff,

vs.

MIKE BERRY and BRENT JENKINS,

          Defendants.

CASE NO.:  CV 10-4707 RS

**STIPULATED ORDER OF DISMISSAL**

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

0

STIPULATED ORDER OF DISMISSAL OF DEFENDANT BRENT JENKINS, ONLY

IT IS STIPULATED by and between plaintiff Malcolm L. Landry, individually, by and through his attorneys, Terri Keyser-Cooper and Diane Vaillancort, and Brent Jenkins, by and through his attorneys, Mitchell, Brisso, Delaney & Vrieze, LLP, subject to approval of the Court as follows:

1) All claims presented by the Complaint of plaintiff Malcolm L. Landry, as to the defendant Brent Jenkins in the above-entitled matter shall be dismissed with prejudice as to Brent Jenkins, only, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

2) All parties to this stipulation to bear their own costs and attorneys' fees.

DATED: 06/10/11         Terri Keyser-Cooper

                        By: /s/ Terri Keyser-Cooper
                            Attorney for Plaintiff

DATED: 06/03/11         Diane Vaillancort

                        By: /s/ Diane Vaillancort
                            Attorney for Plaintiff

DATED: 06/15/11         MITCHELL, BRISSO, DELANEY & VRIEZE, LLP

                        By: /s/ John M. Vrieze
                            John M. Vrieze
                            Attorneys for Defendant Brent Jenkins

***************************************

**IT IS SO ORDERED.**

DATED: 6/15/11          _[signature]_
                        Honorable Judge Richard Seeborg

MITCHELL, BRISSO,
DELANEY & VRIEZE, LLP
814 Seventh Street
P.O. Drawer 1008
Eureka, CA 95502

1

STIPULATED ORDER OF DISMISSAL OF DEFENDANT BRENT JENKINS, ONLY