*E-Filed 6/16/11*

1  KAMALA D. HARRIS
   Attorney General of California
2  TYLER B. PON
   Supervising Deputy Attorney General
3  DAVID W. HAMILTON
   Deputy Attorney General
4  State Bar No. 88587
     1515 Clay Street, 20th Floor
5    P.O. Box 70550
     Oakland, CA  94612-0550
6    Telephone:  (510) 622-2193
     Fax:  (510) 622-2121
7    E-mail:  David.Hamilton@doj.ca.gov

8  *Attorneys for Defendant Mike Berry*

9  TERRI KEYSER-COOPER
   Law Office of Terri Keyser-Cooper
10 State Bar No. 122355
     3300 Skyline Blvd. No. 274
11   Reno, NV 89509
     Telephone:  (775) 337-0323
12   E-mail:  keysercooper@yahoo.com

13 DIANE K. VAILLANCOURT
   Law Office of Diane K. Vaillancourt
14 State Bar No. 181348
     849 Almar Avenue, Suite C403
15   Santa Cruz, CA 95060
     Telephone:  (831) 458-3340
16   E-mail:  vaillancourt@cruzio.com

17 *Attorneys for Plaintiff Malcolm L Landry*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALCOLM L. LANDRY,** | Case No. CV10-04707 RS |
| Plaintiff, | **STIPULATION AND [Proposed] ORDER RE TRIAL AND LITIGATION DATES** |
| v. | Courtroom:  3, 17th Floor |
| **MIKE BERRY and BRENT JENKINS,** | Judge:  Hon. Richard Seeborg |
| Defendants. | Trial Date:  July 23, 2012 |
| | Action Filed:  October 19, 2010 |

1

Stip. & [Proposed] Order re Trial & Litigation Dates  (CV10-04707 RS)

1  The Court held a telephonic Case Management Conference (CMC) on June 9, 2011 and set
2  this case for trial to commence July 23, 2012.  The Court ordered the parties to meet and confer
3  upon discovery cut off and other litigation dates, and to submit a stipulation and proposed
4  schedule for the Court's approval.
5  Pursuant to the Court's CMC order, the parties stipulate to and propose the following dates:

| | |
|---|---|
| Fact discovery cut off: | September 2, 2011 |
| Dispositive motions hearing date: | October 27, 2011, 1:30 p.m. |
| Further Case Management Conference | February 9, 2012, 10:00 a.m. |
| Expert disclosures per FRCP 26: | April 11, 2012 |
| Rebuttal expert disclosures per FRCP 26: | May 11, 2012 |
| Expert discovery cut off: | June 1, 2012 |
| *Final pretrial conference date: | July 12, 2012, 10:00 a.m. |
| Jury trial date (already set): | July 23, 2012 |

Plaintiff anticipates a jury trial of 3-4 days.  Defendant anticipates a jury trial of 5-7 days.

Dated:  June 16, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General


/s/  David W. Hamilton
DAVID W. HAMILTON
Deputy Attorney General

*Attorneys for Defendant Mike Berry*


Dated:  June 16, 2011

/s/  Diane K. Vaillancourt
DIANE K. VAILLANCOURT
Law Office of Diane K. Vaillancourt
TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper

*Attorneys for Plaintiff Malcolm L Landry*

Joint Pretrial Statement
due June 28, 2011

**ORDER**

The Court hereby approves and orders the above litigation dates.

IT IS SO ORDERED.

Dated:   6/16/11

_____
HON. RICHARD SEEBORG
Judge of the United States District Court

OK2010900635
90195284.doc