KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
DAVID W. HAMILTON
Deputy Attorney General
State Bar No. 88587
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA  94612-0550
  Telephone:  (510) 622-2193
  Facsimile:  (510) 622-2121
  E-mail:  David.Hamilton@doj.ca.gov

*Attorneys for Defendant Mike Berry*

TERRI KEYSER-COOPER
Law Office of Terri Keyser-Cooper
State Bar No. 122355
  3300 Skyline Blvd., No. 274
  Reno, NV  89509
  Telephone:  (775) 337-0323
  E-mail:  keysercooper@yahoo.com

DIANE K. VAILLANCOURT
Law Office of Diane K. Vaillancourt
State Bar No. 181348
  849 Almar Avenue, Suite C403
  Santa Cruz, CA  95060
  Telephone:  (831) 458-3340
  E-mail:  vaillancourt@cruzio.com

*Attorneys for Plaintiff Malcolm L Landry*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM L. LANDRY,<br><br>                        Plaintiff,<br><br>   v.<br><br>MIKE BERRY and BRENT JENKINS,<br><br>                       Defendants. | Case No. CV10-04707 RS<br><br>**STIPULATION AND [Proposed] ORDER RE CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Courtroom:  3, 17th Floor<br>Judge:  Hon. Richard Seeborg<br>Trial Date:  July 23, 2012<br>Action Filed:  October 19, 2010 |

The Court on June 16, 2011 entered its Stipulation and Order re Trial and Litigation Dates, designating October 27, 2011 as the last date for dispositive motions to be heard. Thereafter, plaintiff filed his Motion for Partial Summary Judgment as to Liability with a noticed hearing date of August 4, 2011. Defendant has indicated to the Court and plaintiff's counsel his intention to file his own summary judgment motion. The parties have now met and conferred regarding a briefing schedule and hearing date for their respective motions (plaintiff's motion for partial summary judgment and defendant's motion for summary judgment), and they have stipulated to the following briefing and hearing schedule which they propose for the Court's approval:

| | |
|---|---|
| Plaintiff filed motion for partial summary judgment: | June 27, 2011 |
| Defendant files motion for summary judgment: | July 29, 2011 |
| Both parties file their respective opposition papers: | August 15, 2011 |
| Both parties file reply briefs: | September 2, 2011 |
| Hearing on cross-motions of the parties: | September 15, 2011, 1:30 p.m. |

The parties further stipulate to vacate the current hearing date of August 4, 2011 on plaintiff's motion for partial summary judgment, and the dispositive motion hearing date of October 27, 2011.

| | | |
|---|---|---|
| 1 | Dated:  July 1, 2011 | Respectfully submitted, |
| 2 | | KAMALA D. HARRIS<br>Attorney General of California |
| 3 | | TYLER B. PON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | /s/ David W. Hamilton<br>DAVID W. HAMILTON |
| 6 | | Deputy Attorney General |
| 7 | | *Attorneys for Defendant Mike Berry* |

Dated:  July 1, 2011      /s/ Diane K. Vaillancourt
                          DIANE K. VAILLANCOURT
                          Law Office of Diane K. Vaillancourt
                          TERRI KEYSER-COOPER
                          Law Office of Terri Keyser-Cooper

*Attorneys for Plaintiff Malcolm L Landry*

**ORDER**

The Court hereby approves and orders the above briefing schedule and hearing date for the parties' cross-motions for summary judgment, and vacates the hearing dates of August 4 and October 27, 2011.

IT IS SO ORDERED.

Dated:   7/1/11

HON. RICHARD SEEBORG
Judge of the United States District Court

OK2010900635
90197998.doc