**\*E-Filed 11/3/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MALCOLM L. LANDRY,

    Plaintiff,

v.

MIKE BERRY,

    Defendant.
_____/

No. C 10-04707 RS

**ORDER VACATING REFERAL TO MAGISTRATE JUDGE FOR SETTLEMENT**

Defendant filed a notice of appeal from this Court's order denying the parties' cross motions for summary judgment. Consistent with the parties' joint request, this Court's prior order referring the case to a magistrate judge for settlement (Dkt. No. 60) is hereby vacated, pending the appeal.

IT IS SO ORDERED.

Dated: 11/3/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE